UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: GRACZ, GREGORY | § | Case No. 10-11038 |
| GRACZ, LINDA | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/15/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 03/02/2011          By:  /s/BRADLEY J. WALLER
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GRACZ, GREGORY § Case No. 10-11038
GRACZ, LINDA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,001.16 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,001.16 |
| **Balance on hand:** | $ 5,001.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,001.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,250.12 | 0.00 | 1,250.12 |
| Trustee, Expenses - BRADLEY J. WALLER | 99.00 | 0.00 | 99.00 |

Total to be paid for chapter 7 administration expenses: $ 1,349.12
Remaining balance: $ 3,652.04

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   3,652.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   3,652.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,393.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 14,537.73 | 0.00 | 733.39 |
| 2 | TARGET NATIONAL BANK | 14,980.78 | 0.00 | 755.74 |
| 3 | TARGET NATIONAL BANK | 5,030.18 | 0.00 | 253.76 |
| 4 | Chase Bank USA, N.A. | 3,743.22 | 0.00 | 188.83 |
| 5 | Chase Bank USA, N.A. | 15,423.50 | 0.00 | 778.07 |
| 6 | Chase Bank USA, N.A. | 3,581.39 | 0.00 | 180.67 |
| 7 | Donna Renfrow | 11,740.64 | 0.00 | 592.28 |
| 8 | American Express Bank, FSB | 1,833.78 | 0.00 | 92.51 |
| 9 | Kanchana Esariya-Umpai MC SC | 1,226.51 | 0.00 | 61.87 |
| 10 | NCO PORTFOLIO MANAGEMENT | 295.81 | 0.00 | 14.92 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for general unsecured claims: | $ | 3,652.04 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: preed              Page 1 of 1              Date Rcvd: May 12, 2010
Case: 10-11038                 Form ID: ntcftfc7        Total Noticed: 30

The following entities were noticed by first class mail on May 14, 2010.
db/jdb        +Gregory Gracz,   Linda Gracz,   20253 W. Lismore Circle,   Frankfort, IL 60423-9284
aty           +Thomas W Toolis,   Jahnke, Sullivan & Toolis, LLC,   9031 West 151st Street,   Suite 203,
               Orland Park, IL 60462-6563
tr            +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15257335      +Advanced Health,   10646 165th Street,   Orland Park, IL 60467-8734
15257337      +Assoc. Anethesiologists of Joliet,   804 Scott Nixon Memorial Dr.,   Augusta, GA 30907-2464
15257338      +Capital Management Services,   726 Exchange Street, Ste 700,   Buffalo, NY 14210-1464
15257341      +Chase Manhattan Mortgage,   Attention: Research Dept. G7-PP,   3415 Vision Drive,
               Columbus, OH 43219-6009
15257343      +Donna Renfrow,   11060 East 450 South,   Culver, IN 46511-9595
15257344      +Harris & Harris, Ltd.,   222 Merchandise Mart Plaza,   Suite 1900,   Chicago, IL 60654-1421
15257345      +Harris N.a.,   Po Box 94034,   Palatine, IL 60094-4034
15257346      +Kanchana Esariya-Umpai MC SC,   1026 Essington Road,   Joliet, IL 60435-2841
15257347      +Medical Business Burea,   1460 Renaissance Dr,   Park Ridge, IL 60068-1331
15257348      +Michael D. Fine,   Chase Bank USA, N.A.,   131 South Dearborn St. Floor 5,
               Chicago, IL 60603-5571
15257349      +Nationalwide Credit & Collections,,   815 Commerce Drive, Suite 100,   Oak Brook, IL 60523-8839
15257350      +Novamed Surgical Center of Oak Lawn,   7980 Reliable Parkway,   Chicago, IL 60686-0001
15257351      +O'Reilly Medical Consultants,   12150 South Harlem,   Palos Heights, IL 60463-1435
15257352      +Orthodontic Associates, Ltd.,   19815 Governors Hwy, Suite 1,   Flossmoor, IL 60422-4388
15257353      +Palos Behavioral Health Profes,   13011 South 104th Avenue,   Suite 200,
               Palos Park, IL 60464-1500
15257354      +Palos Pathology Associates, Ltd,   520 E. 22nd Street,   Lombard, IL 60148-6110
15257355      +Paul Newman, LCSW,   17127 S. Oak Park Avenue,   Tinley Park, IL 60477-3405
15257356      +Provena St Joseph Medical Center,   75 Remittance Dr. Suite 1366,   Chicago, IL 60675-1366
15257357      +Radiology and Nuclear Cons,   7808 College Drive 1SE,   Palos Heights, IL 60463-1095
15257358       Source One Medical,   38 Tesla, Suite 150,   Irvine, CA 92618-4669
15257359       Source One Medical, Inc.,   5429 Newport Drive, Suite 47,   Rolling Meadows, IL 60008

The following entities were noticed by electronic transmission on May 12, 2010.
15257336      +EDI: BECKLEE.COM May 12 2010 18:43:00     American Express,   c/o Becket and Lee,   Po Box 3001,
               Malvern, PA 19355-0701
15257339      +EDI: CHASE.COM May 12 2010 18:48:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15257340       EDI: CHASE.COM May 12 2010 18:48:00      Chase Bank,   P.O. Box 15153,   Wilmington, DE 19886-5153
15257342      +EDI: DISCOVER.COM May 12 2010 18:43:00     Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
15257360      +EDI: WTRRNBANK.COM May 12 2010 18:48:00      Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
15257361      +EDI: WFNNB.COM May 12 2010 18:48:00      Wfnnb/woman,   Po Box 182273,   Columbus, OH 43218-2273
                                                                                                TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2010                    Signature:    _Joseph Speetjens_