# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: GRACZ, GREGORY  
      GRACZ, LINDA

Case No. 10-11038

Chapter 7

Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $241,384.87　　　　　　　Assets Exempt: $67,912.87  
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,652.04　　Claims Discharged  
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $68,741.50

Total Expenses of Administration: $1,349.12

---

    3) Total gross receipts of $ 5,001.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,001.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,349.12 | 1,349.12 | 1,349.12 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 72,393.54 | 72,393.54 | 3,652.04 |
| **TOTAL DISBURSEMENTS** | $0.00 | $73,742.66 | $73,742.66 | $5,001.16 |

4) This case was originally filed under Chapter 7 on March 15, 2010. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2011        By: /s/BRADLEY J. WALLER
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Dodge Caravan with approx. 46,321 miles | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 1.16 |
| **TOTAL GROSS RECEIPTS** | | **$5,001.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,250.12 | 1,250.12 | 1,250.12 |
| BRADLEY J. WALLER | 2200-000 | N/A | 99.00 | 99.00 | 99.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,349.12 | 1,349.12 | 1,349.12 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 14,537.73 | 14,537.73 | 733.39 |
| 2 | TARGET NATIONAL BANK | 7100-000 | N/A | 14,980.78 | 14,980.78 | 755.74 |
| 3 | TARGET NATIONAL BANK | 7100-000 | N/A | 5,030.18 | 5,030.18 | 253.76 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,743.22 | 3,743.22 | 188.83 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 15,423.50 | 15,423.50 | 778.07 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,581.39 | 3,581.39 | 180.67 |
| 7 | Donna Renfrow | 7100-000 | N/A | 11,740.64 | 11,740.64 | 592.28 |
| 8 | American Express Bank, FSB | 7100-000 | N/A | 1,833.78 | 1,833.78 | 92.51 |
| 9 | Kanchana Esariya-Umpai MC SC | 7100-000 | N/A | 1,226.51 | 1,226.51 | 61.87 |
| 10 | NCO PORTFOLIO MANAGEMENT | 7100-000 | N/A | 295.81 | 295.81 | 14.92 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 72,393.54 | 72,393.54 | 3,652.04 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-11038  
**Case Name:** GRACZ, GREGORY  
GRACZ, LINDA  
**Period Ending:** 07/15/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 03/15/10 (f)  
**§341(a) Meeting Date:** 04/19/10  
**Claims Bar Date:** 08/11/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 20253 W. Lismore, Frankfort, IL 60423 | 202,340.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account with First Midwest Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings Account with First Midwest Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account with Harris Bank | 7.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking Account with Harris Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Normal household furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | JP Morgan IRA | 5,374.56 | 0.00 | DA | 0.00 | FA |
| 8 | Profit Sharing Acct with Shaaf Windows | 4,249.67 | 0.00 | DA | 0.00 | FA |
| 9 | 401K with Schaaf Windows | 17,888.64 | 0.00 | DA | 0.00 | FA |
| 10 | Partner is a resale store, The Garage Sale Store | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Anticipated Tax Return | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2004 Saturn Vue with approx. 53,332 miles | 4,275.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2006 Dodge Caravan with approx. 46,321 miles | 5,325.00 | 5,000.00 | | 5,000.00 | FA |
| 14 | Possible payment from auto accident | 800.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.16 | FA |
| 15 | Assets   Totals (Excluding unknown values) | **$246,709.87** | **$5,000.00** | | **$5,001.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2011        **Current Projected Date Of Final Report (TFR):**   March 25, 2011  (Actual)

Printed: 07/15/2011 01:59 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-11038  
**Case Name:** GRACZ, GREGORY  
GRACZ, LINDA  
**Taxpayer ID #:** **-***5511  
**Period Ending:** 07/15/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/10 | {13} | Jahnke & Toolis, LLC | Compromise vehicle | 1129-000 | 1,500.00 | | 1,500.00 |
| 05/25/10 | {13} | Harris NA | Compromise vehicle | 1129-000 | 3,500.00 | | 5,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 5,000.05 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,000.34 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,000.64 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 5,000.93 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.97 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,001.01 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,001.05 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,001.09 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,001.13 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,001.16 |
| 03/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 5,001.16 |
| 03/02/11 | | To Account #9200******4266 | | 9999-000 | | 5,001.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,001.16 | 5,001.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,001.16 | |
| | | | **Subtotal** | | 5,001.16 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,001.16** | **$0.00** | |

{} Asset reference(s)

Printed: 07/15/2011 01:59 PM V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-11038 | | **Trustee:** | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| **Case Name:** | GRACZ, GREGORY | | **Bank Name:** | The Bank of New York Mellon |
| | GRACZ, LINDA | | **Account:** | 9200-******42-66 - Checking Account |
| **Taxpayer ID #:** | **-***5511 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 07/15/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/02/11 | | From Account #9200******4265 | | 9999-000 | 5,001.16 | | 5,001.16 |
| 04/15/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $99.00, Trustee Expenses;  Reference: | 2200-000 | | 99.00 | 4,902.16 |
| 04/15/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,250.12, Trustee Compensation;  Reference: | 2100-000 | | 1,250.12 | 3,652.04 |
| 04/15/11 | 103 | Discover Bank | Dividend paid   5.04% on $14,537.73; Claim# 1; Filed: $14,537.73; Reference: | 7100-000 | | 733.39 | 2,918.65 |
| 04/15/11 | 104 | TARGET NATIONAL BANK | Dividend paid   5.04% on $14,980.78; Claim# 2; Filed: $14,980.78; Reference: | 7100-000 | | 755.74 | 2,162.91 |
| 04/15/11 | 105 | TARGET NATIONAL BANK | Dividend paid   5.04% on $5,030.18; Claim# 3; Filed: $5,030.18; Reference: | 7100-000 | | 253.76 | 1,909.15 |
| 04/15/11 | 106 | Chase Bank USA, N.A. | Dividend paid   5.04% on $3,743.22; Claim# 4; Filed: $3,743.22; Reference: | 7100-000 | | 188.83 | 1,720.32 |
| 04/15/11 | 107 | Chase Bank USA, N.A. | Dividend paid   5.04% on $15,423.50; Claim# 5; Filed: $15,423.50; Reference: | 7100-000 | | 778.07 | 942.25 |
| 04/15/11 | 108 | Chase Bank USA, N.A. | Dividend paid   5.04% on $3,581.39; Claim# 6; Filed: $3,581.39; Reference: | 7100-000 | | 180.67 | 761.58 |
| 04/15/11 | 109 | Donna Renfrow | Dividend paid   5.04% on $11,740.64; Claim# 7; Filed: $11,740.64; Reference: | 7100-000 | | 592.28 | 169.30 |
| 04/15/11 | 110 | American Express Bank, FSB | Dividend paid   5.04% on $1,833.78; Claim# 8; Filed: $1,833.78; Reference: | 7100-000 | | 92.51 | 76.79 |
| 04/15/11 | 111 | Kanchana Esariya-Umpai MC SC | Dividend paid   5.04% on $1,226.51; Claim# 9; Filed: $1,226.51; Reference: | 7100-000 | | 61.87 | 14.92 |
| 04/15/11 | 112 | NCO PORTFOLIO MANAGEMENT | Dividend paid   5.04% on $295.81; Claim# 10; Filed: $295.81; Reference: | 7100-000 | | 14.92 | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 5,001.16 | 5,001.16 | $0.00 |
| | | | Less: Bank Transfers | | 5,001.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,001.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,001.16** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-11038  
**Case Name:** GRACZ, GREGORY  
GRACZ, LINDA  
**Taxpayer ID #:** **-***5511  
**Period Ending:** 07/15/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******42-65 | 5,001.16 | 0.00 | 0.00 |
| Checking # 9200-******42-66 | 0.00 | 5,001.16 | 0.00 |
|  | $5,001.16 | $5,001.16 | $0.00 |

{} Asset reference(s)